FILED

2005 MAY 16 P 2: 03

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
FRESNO
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRIQUEZ II, deceased, by his sons JOSE MANRIQUEZ III AND JOSIAH RAMON MANRIQUEZ, MINORS, by and through their Guardian ad Litem HEIDI MANRIQUEZ, aka HEIDI GANO, individually and as Personal Representative of the Estate of JOSE MANRIQUEZ II,<br><br>Plaintiffs,<br><br>v.<br><br>MAIL WELL, INC., a Colorado corporation, MAIL-WELL COMMERCIAL PRINTING, INC., a Delaware corporation, POSER BUSINESS FORMS, INC., a Delaware corporation, doing business as PRINTXCEL,<br><br>Defendants. | CASE NO. CIV-F-04-5422-OWW-LJO<br><br>**ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL (AND ONLY TO BE VIEWED BY THE COURT IN CAMERA)** |

IT IS HEREBY ORDERED that the Confidential Verified Petition of Guardian ad Litem for Comprise of Disputed Claims of Minors and the Confidential Declaration of Leonard C. Herr in Support of Petition for Minors' Compromise of Claims and Request for Attorney's Fees and Costs may be filed under seal and for the sole review by the court *in camera*.

DATED: May 16, 2005

_____
LAWRENCE J. O'NEILL
U. S. Magistrate Judge