# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRIQUEZ, et al., | CASE NO. CV-F-04-5422 OWW LJO |
| Plaintiffs, | **ORDER REGARDING CONFIDENTIAL MINORS' COMPROMISE PAPERS** |
| vs. | |
| MAIL WELL, INC., et al, | |
| Defendants. | |

On May 16, 2005, petitioner Heidi Manriquez ("Ms. Manriquez") and her counsel submitted to this Court confidential papers to seek this Court's approval of a settlement for Ms. Manriquez' minor sons Jose Manriquez III ("Jose") and Josiah Ramon Manriquez ("Josiah"). This Court construes the papers of Ms. Manriquez and her counsel to suggest that defense counsel may object to disbursement of settlement proceeds and, in particular, payment of fees and costs to Ms. Manriquez' counsel. Although this Court is aware that Ms. Manriquez and her counsel have not disclosed their proposed disbursement of legal fees and costs, this Court is unaware of defendants' objections to such disbursements and supporting grounds.

As such, this Court ORDERS defense counsel, no later than May 20, 2005, to file and serve his statement to explain:

1. Whether defendants object to approval of settlement for Jose and Josiah and disbursement of legal fees and costs and if so, the grounds for such objections;

1

2. Whether defendants contend they are entitled to know of and to agree to disbursement of legal fees and costs as a condition of settlement and if so, the grounds to support such contention, including portions of this Court's record on which defendants rely; and

3. Whether defendants object to this Court's approval of settlement for Jose and Josiah and disbursement of legal fees and costs as proposed by Ms. Manriquez and her counsel and with the understanding that this Court will ensure that such approval is consistent with settlement terms placed on the record.

IT IS SO ORDERED.

**Dated:   May 16, 2005**                           **/s/ Lawrence J. O'Neill**
66h44d                                              UNITED STATES MAGISTRATE JUDGE