**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MANRIQUEZ II, et al., ) | 1:04-cv-5422 OWW LJO |
| ) | |
| Plaintiffs, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATIONS OF |
| v. ) | MAGISTRATE JUDGE RE: |
| ) | MINOR'S COMPROMISE |
| MAIL WELL, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This case is before the court on the Findings and Recommendations of the Magistrate Judge concerning the completion and approval of the minor's compromise in this case.

The parties agreed to submit any dispute over their settlement of this case to United States District Court Magistrate Judge Lawrence J. O'Neill (record of proceedings March 23, 2005). Although there is no signed stipulation for jurisdiction of the Magistrate Judge for all purposes in this case, and Defendant asserts that it stipulated in writing to have a United States Magistrate Judge "conduct any and all proceedings relating to the settlement in this case, including the trial, or the entry of a final judgment, and conduct all post-judgment proceedings," the document marked Exhibit A refers to a fax that

1 | consists of two pages, only the first page of that fax is
2 | attached and the court file does not reflect a signed consent by
3 | the Defendants to the jurisdiction of the Magistrate Judge for
4 | all purposes.

Plaintiff's counsel explains that the consent to the jurisdiction for all purposes of the Magistrate Judge was not signed by Defendant's counsel.

The court has fully considered all issues raised by the dispute over completion of the settlement. Because the parties did agree to have the Magistrate Judge resolve any and all disputes over their settlement agreement, the court adopts and approves the Magistrate Judge's Findings and Recommendations that the minor's compromise not be approved until the Magistrate Judge has had the opportunity to resolve any disputes between the parties and to answer any open questions.

IT IS ORDERED:

1. That the Findings and Recommendations of the Magistrate Judge are ADOPTED;

2. This case is remanded to the Magistrate Judge for further proceedings to effectuate a final settlement and resolution of the case in accordance with the parties' agreement.

DATED: August 25, 2005.

/S/OLIVER W. WANGER
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

manriquez v. mail well order