# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRIQUEZ, et al., | CASE NO. CV-F-04-5422 OWW LJO |
| Plaintiffs, | **ORDER TO SET FURTHER SETTLEMENT/STATUS CONFERENCE** |
| vs. | Date: September 26, 2005 |
| MAIL WELL, INC., et al, | Time: 9 a.m.<br>Dept.: 6 (LJO) |
| Defendants. | |

This Court issued its June 9, 2005 findings and recommendations to deny without prejudice Heidi Manriquez' ("Ms. Manriquez') petition to approve settlement for her minor sons Jose Manriquez III and Josiah Manriquez. This Court found, among other things, that in the absence of Workers' Compensation Appeals Board approval, the minors' compromise is not in a position for this Court's approval and that there are issues as to the reasonableness of proposed settlement distribution, in particular, attorney fees to Dooley Herr & Peltzer. The district judge's August 25, 2005 order adopted the findings and recommendations and remanded the matter to this Court "for further proceedings to effectuate a final settlement and resolution of the case in accordance with the parties' agreement."

Accordingly, this Court:

1. SETS a further settlement/status conference for September 26, 2005 at 9 a.m. in Department 6 (LJO);

2. ORDERS Ms. Manriquez to appear at the conference in person;

1

3. ORDERS that a representative(s) of defendant Business Forms, Inc. dba Printxcel and its workers' compensation insurance carrier be available by telephone during the conference;

4. ORDERS the parties' counsel to engage in genuine, good faith meeting and conferring to resolve remaining settlement issues; and

5. ORDERS the parties counsel, no later than September 19, 2005, to file and serve a statement to describe unresolved issues and their suggestions to resolve them.

**This Court admonishes the parties and counsel that it will impose sanctions on the parties and/or counsel if it finds that the parties and/or counsel have failed to engage in genuine, good attempts to resolve outstanding settlement issues or have engaged in conduct to delay completion of settlement.**

IT IS SO ORDERED.

**Dated:   August 29, 2005**           /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE