# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANRIQUEZ, et al.,

                Plaintiffs,

    vs.

MAIL WELL, INC., et al,

                Defendants.

                       /

CASE NO. CV-F-04-5422 OWW LJO

**ORDER TO VACATE FURTHER SETTLEMENT/STATUS CONFERENCE**

This Court set a September 26, 2005 settlement/status conference to address unresolved issues to delay completion of settlement of this action and in turn this Court's approval of the settlement for the minor plaintiffs. Based on the representations of the parties' counsel that there are no unresolved issues to delay completion of settlement, this Court VACATES the September 26, 2005 settlement/status conference.

**This Court admonishes the parties and counsel that it will reset the settlement/status conference if it determines there are continuing unresolved issues regarding settlement or this Court's approval of settlement for the minor plaintiffs.**

IT IS SO ORDERED.

**Dated:    September 20, 2005**                  **/s/ Lawrence J. O'Neill**
66h44d                            UNITED STATES MAGISTRATE JUDGE

1