# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRIQUEZ II, et al., | CASE NO. CV-F-04-5422 OWW LJO |
| Plaintiffs, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| vs. | |
| MAIL WELL, INC., et al., | |
| Defendants. | |

The parties to this action have filed papers to indicate their respective consent to the conduct of all further proceedings by a United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **CV-F-04-5422 LJO**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated: September 26, 2005**       /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE

1