Leonard C. Herr, #081896
DOOLEY HERR & PELTZER
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for JOSE MANRIQUEZ III AND JOSIAH RAMON MANRIQUEZ, MINORS, by and through their GUARDIAN AD LITEM HEIDI MANRIQUEZ aka HEIDI GANO

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANRIQUEZ II, deceased, by his sons JOSE MANRIQUEZ III AND JOSIAH RAMON MANRIQUEZ, MINORS, by and through their Guardian ad Litem HEIDI MANRIQUEZ, aka HEIDI GANO, individually and as Personal Representative of the Estate of JOSE MANRIQUEZ II,<br><br>Plaintiffs,<br><br>v.<br><br>MAIL WELL, INC., a Colorado corporation, MAIL-WELL COMMERCIAL PRINTING, INC., a Delaware corporation, POSER BUSINESS FORMS, INC., a Delaware Corporation, doing business as PRINTXCEL,<br><br>Defendants. | Case No. CIV-F-04-5422-OWW-LJO<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

Plaintiffs, JOSE MANRIQUEZ II, deceased, by his sons JOSE MANRIQUEZ III and JOSIAH RAMON MANRIQUEZ, minors, by and through their Guardian ad Litem HEIDI MANRIQUEZ, aka HEIDI GANO, individually and as Personal Representative of the Estate of JOSE MANRIQUEZ II, through their counsel, DOOLEY HERR & PELTZER, LLP, and Defendant POSER BUSINESS FORMS, INC., a Delaware Corporation, doing business as PRINTXCEL, through its counsel, WASSERMAN, COMDEN, CASSLEMAN & PEARSON, LLP, hereby stipulate that the above-captioned matter be dismissed with prejudice pursuant to

FRCP 41(a)(1).

DATED: November 10, 2005       DOOLEY HERR & PELTZER, LLP


By: /s/ Leonard C. Herr_____
   LEONARD C. HERR
         Attorney for JOSE MANRIQUEZ III AND
          JOSIAH RAMON MANRIQUEZ, MINORS, by
          and through their GUARDIAN AD LITEM HEIDI
          MANRIQUEZ aka HEIDI GANO


DATED: November 10, 2005       WASSERMAN, COMDEN, CASSELMAN &
                               PEARSON, LLP


By: /s/ Gary S. Soter  _____
   GARY S. SOTER
         Attorney for  POSER BUSINESS FORMS,
          INC., dba PRINTXCEL


IT IS SO ORDERED.

**Dated:   November 10, 2005**             **/s/ Lawrence J. O'Neill**
66h44d                             UNITED STATES MAGISTRATE JUDGE